UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-63175-CIV-MORENO**

ADAM SCOTT CRAPO,

        Plaintiff,

vs.

DAVIE POLICE DEPARTMENT, Town of
Davie Police, KENNY FERNANDEZ, Davie
Police Officer#957, and DENNIS MURRAY,
Davie Police Officer #912,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE REID'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate

Judge, for a Report and Recommendation on complaint for violation of civil rights, filed on

**December 30, 2019**.  The Magistrate Judge filed a Report and Recommendation (**D.E. 11**) on

**March 17, 2020**.  The Court has reviewed the entire file and record.  The Court has made a *de*

*novo* review of the issues that the objections to the Magistrate Judge's Report and

Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED**

and **ADOPTED**.  Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE, as

Plaintiff, a three-strike litigant under 28 U.S.C. § 1915(g), has failed to first pay the filing fee

before filing suit.  In her Report and Recommendation, Judge Reid lists, in detail, at least three

prior actions by the Plaintiff that were dismissed as frivolous.  "A prisoner who has been struck

out by [28 U.S.C. § 1915(g)] must prepay the entire filing fee in any future cases he files while

incarcerated rather than proceeding IFP.  When a prisoner with three strikes tries to proceed IFP, his suit is due to be dismissed without prejudice." *Howard v. Kraus*, 642 F. App'x 940, 941 (11th Cir. 2016) (citing *Dupree v. Palmer,* 284 F.3d 1234, 1236 (11th Cir. 2002) (per curiam)).

Plaintiff also fails to demonstrate that he meets the "imminent danger of serious physical injury" exception of section 1915(g).  In order for a plaintiff to plead this exception, the Eleventh Circuit requires specific allegations of present imminent danger of serious physical harm. *See Brown v. Johnson*, 387 F.3d 1344, 1349-50 (11th Cir. 2004).  Reviewing the complaint, the Court notes it is silent as to whether the Plaintiff is in imminent danger of serious physical injury.  Thus, Plaintiff does not meet this exception and remains barred from proceeding *in forma pauperis*.

Accordingly, the order granting Plaintiff's motion to proceed *in forma pauperis* is VACATED, the complaint is DISMISSED WITHOUT PREJUDICE, and the case is CLOSED.


DONE AND ORDERED in Chambers at Miami, Florida, this 30th of April 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

Adam Scott Crapo
551900950
Broward County Jail-NBB
North Broward Bureau
Inmate Mail/Parcels
Post Office Box 407037
Ft. Lauderdale, FL 33340
PRO SE